UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GABRIEL ADOLFO REYES,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:18-cv-05421-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,000.00 under 28 U.S.C. § 2412(d) and no costs under 28 U.S.C. §1920, subject to the terms of the above-referenced Stipulation.

Dated: May 14, 2019

JOHN D. EARLY
United States Magistrate Judge